Marc NADEAU, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 13–74162.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2015.*

Filed Oct. 20, 2015.

Monica Mansouri, Mansouri and Sheeno, Sherman Oaks, CA, for Petitioner.

Todd J. Cochran, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

### MEMORANDUM **

Marc Nadeau, a native and citizen of Canada, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for adjustment of status. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary denial of adjustment of status. *See* 8 U.S.C. § 1252(a)(2)(B)(i) (the court lacks jurisdiction to review any judgment regarding the discretionary denial of relief under 8 U.S.C. § 1255). Nadeau's due process challenges do not constitute colorable constitutional claims or questions of law that would invoke our jurisdiction. *See* 8 U.S.C. § 1252(a)(2)(D); *Bazua–Cota v. Gonzales,* 466 F.3d 747, 749 (9th Cir.2006) (per curiam) ("abuse of discretion challenges to discretionary decisions, even if recast as due process claims, do not constitute colorable constitutional claims").

PETITION FOR REVIEW DISMISSED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

